1 GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
2 XIANG LI (CA SBN 291587)
XLi@mofo.com
3 MORRISON & FOERSTER LLP
425 Market Street
4 San Francisco, California 94105-2482
Telephone: (415) 268-7000
5 Facsimile: (415) 268-7522

6 Attorneys for Defendant
KINGSLEY MURDOCH

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,　　　　Case No.　4:12-CR-00615-YGR

13 　　　　　　　Plaintiff,　　　　　**STIPULATION AND
[~~PROPOSED~~] ORDER TO**
14 　　v.　　　　　　　**AMEND KINGSLEY
MURDOCH'S PRETRIAL**
15 KINGSLEY MURDOCH,　　　　**CONDITIONS OF RELEASE**

16 　　　　　　　Defendant.

17

18 　　　　The United States through its counsel, Assistant United States Attorney Thomas Newman,

19 and defendant Kingsley Murdoch, through his counsel, George C. Harris, hereby stipulate to and

20 request an order temporarily amending Mr. Murdoch's conditions of pretrial release to permit him

21 to take a trip to Warren, Pennsylvania from March 11, 2014 until April 13, 2014, for the purpose

22 of carrying out a work assignment.

23 　　　　Mr. Murdoch works as a safety attendant with Certified Safety, through which he provides

24 ground support at oil refineries. He has been assigned to work as a field foreman supervising

25 safety hazards at United Refining, located at 15 Bradley Street, Warren, Pennsylvania 16365, for

26 a period of approximately four weeks.

27 　　　　The parties agree and stipulate to temporary amendment of Mr. Murdoch's pretrial release

28 conditions to permit him to fly to Buffalo, New York and then travel from Buffalo to Warren,

1  Pennsylvania, where he will begin his work assignment on March 16, 2014.  Mr. Murdoch has

2  purchased tickets for American Airlines flight 1522, departing at 11:30 p.m. (PT) on March 11,

3  2014 from San Francisco Airport ("SFO") and arriving at 5:25 a.m. (CT) on March 12, 2014 at

4  Chicago O'Hare International Airport ("ORD"), and for American Airlines flight 3699, departing

5  ORD at 9:10 a.m. (CT) on March 12, 2014, and arriving at 11:40 a.m. (ET) on March 12, 2014 at

6  Buffalo Niagara International Airport ("BUF").  From there, Mr. Murdoch will take a shuttle to

7  Jamestown, New York, where he will stay at America's Best Value Inn, located at 620 Fairmount

8  Avenue, Jamestown, New York 14701.  From Jamestown, Mr. Murdoch will carpool to the

9  Warren job site every day with other crewmembers who have rented cars.

10      Mr. Murdoch has been informed by his employer, Certified Safety, that the United

11  Refining project will be completed in no more than four weeks. It may be completed sooner.  Mr.

12  Murdoch will be able to purchase return tickets as soon as United Refining notifies Certified

13  Safety of the official end date within the four-week period. This stipulation covers the four-week

14  period from Mr. Murdoch's start date at United Refining on March 16, 2014 to April 13, 2014.

15  Should Mr. Murdoch return earlier than April 13, 2014, Mr. Murdoch will inform Pretrial

16  Services of his earlier return date.

17      WHEREAS, the parties have agreed to the parameters of the travel described herein;

18      WHEREAS, the parties have consulted Mr. Murdoch's Pretrial Services Officer, Timothy

19  Elder, and Mr. Elder has consented to the travel request;

20      THEREFORE, it is hereby stipulated by and between the parties that Mr. Murdoch[s

21  pretrial release conditions will be temporarily amended to permit the travel detailed herein.

22  IT IS SO STIPULATED:

23

24

25

26

27

28

Dated: March 6, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By:   /s/ Thomas Newman
          THOMAS NEWMAN

Assistant United States Attorney

Dated: March 6, 2014

GEORGE C. HARRIS
MORRISON & FOERSTER LLP

By:   /s/ George C. Harris
          GEORGE C. HARRIS

Attorney for Defendant
KINGSLEY MURDOCH

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered for inspection upon request by a party.

/S/ GEORGE C. HARRIS
GEORGE C. HARRIS

Attorney for Defendant
KINGSLEY MURDOCH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 7, 2014

HON. KANDIS A. WESTMORE

United States Magistrate Judge

sf-3389478

STIPULATION AND [PROPOSED] ORDER TO AMEND KINGSLEY MURDOCH'S PRETRIAL CONDITIONS OF RELEASE
Case No. 4:12-CR-00615-YGR                                                                                      3