GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
XIANG LI (CA SBN 291587)
XLi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
KINGSLEY MURDOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KINGSLEY MURDOCH,<br><br>Defendant. | Case No.    4:12-CR-00615-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND KINGSLEY MURDOCH'S PRETRIAL CONDITIONS OF RELEASE** |

The United States through its counsel, Assistant United States Attorney Thomas Newman, and defendant Kingsley Murdoch, through his counsel, George C. Harris, hereby stipulate to and request an order amending Mr. Murdoch's conditions of pretrial release to permit him to travel outside of the Northern District of California within the United States for the purpose of carrying out work assignments.

Mr. Murdoch works as a safety attendant with Certified Safety, through which he provides ground support at oil refineries.  He has been assigned to work as a field foreman supervising safety hazards at United Refining, located at 15 Bradley Street, Warren, Pennsylvania.  On March 7, 2014, the Court ordered a temporary amendment of Mr. Murdoch's pretrial release conditions, permitting Mr. Murdoch to travel for his work assignment for a four-week period that expires April 13, 2014.

1    Since the Court's March 7, 2014 order temporarily amending Mr. Murdoch's conditions

2  of pretrial release, Mr. Murdoch's Pennsylvania work assignment has been extended.  It is also

3  anticipated that Mr. Murdoch will have further work assignments for Certified Safety that will

4  require him to travel outside of the Northern District.  The parties therefore agree and stipulate to

5  amend Mr. Murdoch's travel restrictions to permit him to travel outside of the Northern District

6  of California within the United States for the purpose of carrying out work assignments.

7    WHEREAS, the parties have agreed to the amendment of Mr. Murdoch's pretrial

8  conditions of release as described herein;

9    WHEREAS, the parties have consulted Mr. Murdoch's Pretrial Services Officer, Timothy

10  Elder, and Mr. Elder has consented to amendment of the travel restrictions;

11    THEREFORE, it is hereby stipulated by and between the parties that Mr. Murdoch's

12  pretrial release conditions will be amended to permit travel outside of the Northern District of

13  California within the United States for the purpose of carrying out work assignments.

14  IT IS SO STIPULATED:

15  Dated: April 10, 2014                    MELINDA HAAG
                                         UNITED STATES ATTORNEY
16
                                         By:    /s/ Thomas Newman
17                                              THOMAS NEWMAN

18                                         Assistant United States Attorney

19

20  Dated: April 10, 2014                    GEORGE C. HARRIS
                                         MORRISON & FOERSTER LLP
21
                                         By:    /s/ George C. Harris
22                                              GEORGE C. HARRIS

23                                         Attorney for Defendant
                                         KINGSLEY MURDOCH
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND KINGSLEY MURDOCH'S PRETRIAL CONDITIONS OF RELEASE
Case No. 4:12-CR-00615-YGR                                                                    2

1

**GENERAL ORDER 45 ATTESTATION**

2    In accordance with General Order 45, concurrence in the filing of this document has been

3    obtained from the other signatories and I shall maintain records to support these concurrences for

4    subsequent production for the court if so ordered for inspection upon request by a party.

5

6                                                              /S/ GEORGE C. HARRIS

7                                                              GEORGE C. HARRIS

8                                                              Attorney for Defendant
                                                               KINGSLEY MURDOCH

9

10   PURSUANT TO THE STIPULATION OF THE PARTIES, Mr. Murdoch's pretrial release

11   conditions will be amended to permit travel outside of the Northern District of California within

12   the United States, with prior approval of pretrial services for each work assignment and extension

13   of assignments, IT IS SO ORDERED.

14   Dated: April 10, 2014

15                                                              _Kandis Westmore_

16                                                              HON. KANDIS A. WESTMORE

17                                                              United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28